UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC. | Case No. 3:12-cv-00128 |
| Plaintiff, | JUDGE RICE |
| vs. | |
| WILLIAM S. OLIVER, et al | ORDER |
| Defendants. | |

Default having been entered in this action on this 26th day of July, 2012, and the application of default judgment having been filed on July 18, 2012, and having been served on the Defendants, William S. Oliver, individually and as the alter ego of South Beach Nite Club and Kathleen D. Forrest, Individually and as the alter ego of South Beach Nite Club, and notice given and no appearance by the Defendants having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

**IT IS HEREBY ORDERED AND ADJUDGED** that **JUDGMENT** be entered against Defendants, William S. Oliver, individually and as the alter ego of South Beach Nite Club and Kathleen D. Forrest, Individually and as the alter ego of South Beach Nite Club, in favor of J & J SPORTS PRODUCTIONS, INC., as follows:

| | | | |
|---|---|---|---|
| a. | 47 U.S.C. 605 (e)(3)(B)(iii) and (c)(ii): | $ | 100,000.00 |
| b. | 47 U.S.C. 553 (b)(2) and (c)(2)(c): | $ | 50,000.00 |
| c. | Attorneys' Fees | $ | 1,300.00 |
| d. | Costs: | $ | 350.00 |
| | | **Total: $** | **151,650.00** |

1

Accordingly, JUDGMENT IS ENTERED IN ACCORDANCE WITH THE FOREGOING IN THE SUM OF $151,650.00, plus interest at the Ohio statutory rate from the date of judgment.

_____
UNITED STATES DISTRICT JUDGE