CERTIFICATE OF JUDGMENT UNDER SECTION 2329.02
OHIO REVISED CODE

**2012CJ1136**

UNITED STATE OF AMERICA

SOUTHERN DISTRICT OF OHIO

SS.

2012 AU 16 PM 2: 04

I, James Bonini, Clerk of the United States District Court for the Southern District of Ohio, do certify that on August 2, 2012 there was entered in the record in this court, Western Division at Dayton , Ohio in

Case Number: 3:12-cv-00128

Case Name: J&J Sports Productions, Inc. v William S. Oliver, et al

Judgment in favor of: J&J Sports Productions, inc.

and against: William S. Oliver and Kathleen D. Forrest

In the amount of: $151,650.00 plus interest of 3% from date of judgment

Appeal filed/Pending

IN TESTIMONY WHEREOF, I have Hereunto set my hand and affixed the seal of this Court, at 11:00 A.M., Ohio this 3rd Day of August , A.D. 2012.

JAMES BONINI, CLERK

BY: _____, Deputy Clerk

2012 AUG 22 PM 12: 38 FILED JAMES BONINI CLERK

*Revised 6/2011*